No. 99–9124. LEWIS v. MICHIGAN DEPARTMENT OF CORRECTIONS; and LEWIS v. MICHIGAN PAROLE BOARD. Ct. App. Mich. Certiorari denied.

No. 99–9126. BUTERBAUGH v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 99–9128. BINDER v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9131. AUSTIN v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–9134. BOLES v. FENTON SECURITY, INC. OF COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–9135. CREUSERE v. TWYMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–9143. GOLLIVER v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–9154. GRIFFIN v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 99–9158. FRAZIER v. SNYDER, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 99–9166. AL-HAKIM v. CARVER ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9168. BODIN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9174. PENA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–9177. CAVENDER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9179. BARNES v. SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY. Ct. App. Cal., 4th App. Dist. Certiorari denied.